IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTEGRATED CLAIMS SYSTEMS, LLC, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CASE NO.: 2:14-cv-83 | |
| § | | |
| SOUTHERN VANGUARD INSURANCE § | DEMAND FOR JURY TRIAL | |
| COMPANY, § | | |
| Defendant. § | **CONSOLIDATED LEAD CASE** | |
| § | | |

## ORDER

Before the Court is the Agreed Motion to Dismiss with Prejudice all claims between Plaintiff Integrated Claims Systems, LLC and Defendant United Dental Care of Texas, Inc.

After considering the Motion and finding that good cause exists for its entry, the Motion is GRANTED and it is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Integrated Claims Systems, LLC and Defendant United Dental Care of Texas, Inc. are DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

The Clerk is ORDERED to close Case Nos. 2:14-cv-83 and 2:14-cv-72.

**So ORDERED and SIGNED this 23rd day of September, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE